IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING )<br>)<br>Defendant, )<br>v. )<br>)<br>STMICROELECTRONICS, INC. )<br>)<br>Cross-Claim Defendant. ) | Civil Action No. _____ |

## PLAINTIFF'S RULE 7.1 STATEMENT

The parent company of Valeo Sistemas Eletricos, S.A. de C.V. ("Valeo CV"), a Mexican Corporation, is Valeo International Holding, B.V., a Netherlands corporation. Valeo S.A., a French corporation, is a publicly held corporation that owns ten percent or more of the stock of Valeo CV.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
   *Attorneys for Plaintiff*
   *Valeo Sistemas Electricos S.A. de C.V.*

Of Counsel:

Arthur I. Neustadt
Jean-Paul Lavalleye
Aarti Shah
Richard T. Matthews
OBLON, SPIVAK, MCCLELLAND,
 MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

October 10, 2006