# United States District Court

_____DISTRICT OF **DELAWARE**_____

VALEO SISTEMAS ELECTRICOS S.A. DE C.V.

          Plaintiff,

**SUMMONS IN A CIVIL ACTION**

    v.

CIF LICENSING, LLC, D/B/A/ GE LICENSING, Defendant and
STMICROCELECTRONICS, INC., Cross-Claim Defendant.

          Defendant.

CASE NUMBER: 06-627

TO:    CIF Licensing, LLC
        c/o The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

    Jack B. Blumenfeld, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street, P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

10/10/06

CLERK                                                       DATE

_Monica Mosley_
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE<br>October 10, 2006 |
| NAME OF SERVER (PRINT)<br>Ryan Plocharz | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant CIF Licensing, LLC by delivering copies thereof to defendant's registered agent, The Corporation Trust Company.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/11/2006    *Ryan Plocharz*
                 Date         Signature of Server
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, Wilmington, DE 19801

*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure
AO 440 (Rev. 10/93) Summons in a Civil Action