IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V., ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 06-627-KAJ |
| CIF LICENSING, LLC, D/B/A GE LICENSING, ) ) | |
| Defendant, ) ) | |
| v. ) ) | |
| STMICROELECTRONICS, INC., ) ) | |
| Cross-Claim Defendant. ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel to defendant CIF Licensing, LLC, d/b/a GE Licensing in the above action.

    ASHBY & GEDDES

    */s/ Steven J. Balick*

    _____
    Steven J. Balick (I.D. #2114)
    John G. Day (I.D. #2403)
    Lauren E. Maguire (I.D. #4261)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, Delaware  19899
    302-654-1888

    *Attorneys for Defendant,*
    *CIF Licensing, LLC, d/b/a GE Licensing*

Dated: October 20, 2006
174350.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2006, the attached **ENTRY OF APPEARANCE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon Spivak McClelland Maier<br>    & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*
_____
Steven J. Balick