IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-627-KAJ |
| v. | ) ) | |
| CIF LICENSING, LLC, D/B/A GE LICENSING | ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| STMICROELECTRONICS, INC. | ) ) | |
| Cross-Claim Defendant. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff Valeo Sistemas Electricos S.A. de C.V. and Defendant STMicroelectronics, Inc. ("STMicroelectronics"), subject to the approval of the Court, that STMicroelectronics's time in which to move, plead, or otherwise respond to the Complaint in this action is hereby extended to December 4, 2006.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| /s/ Karen Jacobs Louden | /s/ Adam W. Poff |
| Jack B. Blumenfeld (No. 1014)<br>Karen Jacobs Louden (No. 2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302)-658-9200<br>jbbefiling@mnat.com | John W. Shaw (No. 3362)<br>Adam W. Poff (No. 3990)<br>Monté T. Squire (No. 4764)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com |
| *Attorneys for Plaintiff Valeo Sistemas Electricos S.A. de C.V.* | *Attorneys for Cross-Claim Defendant STMicroelectronics, Inc.* |

DB02:5576753.1

900002.0011

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge