IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIF LICENSING, LLC, D/B/A GE LICENSING, ) <br> ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> STMICROELECTRONICS, INC., ) <br> ) <br> Cross-Claim Defendant. ) | C.A. No. 06-627-KAJ |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant CIF Licensing, LLC d/b/a GE Licensing shall answer, move, or otherwise respond to the complaint in the above action is extended through and including November 30, 2006.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| /s/ Jack B. Blumenfeld <br> Jack B. Blumenfeld (I.D. #1014) <br> Karen Jacob Louden (I.D. #2881) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> 302-575-7282 <br><br> *Attorneys for Plaintiff* | /s/ Lauren E. Maguire <br> Steven J. Balick (I.D. #2114) <br> John G. Day (I.D. #2403) <br> Lauren E. Maguire (I.D. #4261) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1150 <br> Wilmington, Delaware 19899 <br> 302-654-1888 <br><br> *Attorneys for Defendant,* <br> *CIF Licensing, LLC, d/b/a GE Licensing* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

174782.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2006, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the addresses and in the manner indicated:

John W. Shaw, Esquire                                                  HAND DELIVERY
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


/s/ Lauren E. Maguire
_____
Lauren E. Maguire

174698.1