IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>STMICROELECTRONICS, INC., )<br>)<br>Cross-Claim Defendant. ) | C.A. No. 06-627-KAJ |

**SECOND STIPULATION AND ORDER EXTENDING TIME**
**FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant CIF Licensing, LLC d/b/a GE Licensing shall answer, move, or otherwise respond to the complaint in the above action is extended through and including December 22, 2006.

MORRIS NICHOLS ARSHT & TUNNELL LLP         ASHBY & GEDDES

*/s/ Jack B. Blumenfeld*                                        */s/ Lauren E. Maguire*
Jack B. Blumenfeld (I.D. #1014)                      Steven J. Balick (I.D. #2114)
Karen Jacob Louden (I.D. #2881)                  John G. Day (I.D. #2403)
1201 North Market Street                                Lauren E. Maguire (I.D. #4261)
P.O. Box 1347                                                   222 Delaware Avenue, 17th Floor
Wilmington, DE 19899                                   P.O. Box 1150
302-658-9200                                                   Wilmington, Delaware 19899
                                                                         302-654-1888
*Attorneys for Plaintiff*

*Attorneys for Defendant,*
*CIF Licensing, LLC, d/b/a GE Licensing*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2006, the attached **SECOND STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** was served upon the below-named counsel of record at the addresses and in the manner indicated:

John W. Shaw, Esquire                                                                 HAND DELIVERY
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


                                                                        */s/ Lauren E. Maguire*
                                                                        _____
                                                                        Lauren E. Maguire

174698.1