IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIF LICENSING, LLC, D/B/A GE LICENSING ) <br> ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> STMICROELECTRONICS, INC. ) <br> ) <br> Cross-Claim Defendant. ) | Civil Action No. 06-627-KAJ |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), STMicroelectronics, Inc. hereby moves this Court for entry of an order in the form attached hereto, dismissing the complaint as against STMicroelectronics, Inc. The grounds for this motion are set forth in STMicroelectronics, Inc.'s Opening Brief in Support of Its Motion to Dismiss, filed herewith.

Dated: December 4, 2006

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
*Attorneys for STMicroelectronics, Inc.*

DB01:1241568.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on December 4, 2006, a true and correct copy of the foreging document was filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record.

    Jack B. Blumenfeld, Esquire      Seven J. Balick, Esquire
    Karen Jacobs Louden, Esquire      John G. Day, Esquire
    MORRIS NICHOLS ARSHT &      ASHBY & GEDDES
      TUNNELL LLP      222 Delaware Avenue, 17th Floor
    1201 North Market Street      Wilmington, DE 19801
    Wilmington, DE 19801

I further certify that on December 4, 2006, I caused copies of the foregoing document to be served by hand delivery on the above-listed counsel and on the following counsel of record as indicated.

### BY FEDERAL EXPRESS

Arthur I. Neustadt
OBLON, SPIVAK, MCCLELLAND, MAIER
   & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Adam W. Poff

    Adam W. Poff (No. 3990)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    (302) 571-6600
    apoff@ycst.com

    Attorneys for STMicroelectronics, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>STMICROELECTRONICS, INC. )<br>)<br>Cross-Claim Defendant. ) | Civil Action No. 06-627-KAJ |

## ORDER

This ___ day of _____, 2006, the Court having considered defendant STMicroelectronics' Motion to Dismiss, and the parties' arguments relating thereto;

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED. The complaint is hereby DISMISSED as against STMicroelectronics.

_____
U.S.D.J.

DB01:1241568.1