IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>STMICROELECTRONICS, INC., )<br>)<br>Cross-Claim Defendant. ) | C.A. No. 06-627-KAJ |

**THIRD STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant CIF Licensing, LLC d/b/a GE Licensing shall answer, move, or otherwise respond to the first amended complaint in the above action is extended through and including January 31, 2007.

MORRIS NICHOLS ARSHT & TUNNELL LLP            ASHBY & GEDDES

*/s/ Karen Jacobs Louden*                                              */s/ Lauren E. Maguire*
Jack B. Blumenfeld (I.D. #1014)                           Steven J. Balick (I.D. #2114)
Karen Jacobs Louden (I.D. #2881)                       John G. Day (I.D. #2403)
1201 North Market Street                                      Lauren E. Maguire (I.D. #4261)
P.O. Box 1347                                                          222 Delaware Avenue, 17th Floor
Wilmington, DE  19899                                         P.O. Box 1150
302-658-9200                                                            Wilmington, Delaware  19899
                                                                                  302-654-1888
*Attorneys for Plaintiff*

*Attorneys for Defendant,
CIF Licensing, LLC, d/b/a GE Licensing*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge