IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-627 (***) |
| | ) | |
| v. | ) | |
| | ) | |
| CIF LICENSING, LLC, D/B/A GE LICENSING | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STMICROELECTRONICS, INC. | ) | |
| | ) | |
| Cross-Claim Defendant. | ) | |

### JOINT STIPULATION AND ORDER

WHEREAS, plaintiff Valeo Sistemas Electricos S.A. de C.V. ("Valeo") filed its original Complaint against defendant CIF Licensing, LLC ("CIF") and defendant STMicroelectronics, Inc. ("STMicroelectronics") in this action on October 10, 2006;

WHEREAS, by Joint Stipulation and Order of this Court (D.I. 7), STMicroelectronics's time in which to move, plead, or otherwise respond to the original Complaint in this action was extended to December 4, 2006;

WHEREAS, STMicroelectronics filed its current Motion to Dismiss (D.I. 10) in this action on December 4, 2006;

WHEREAS, Valeo filed its First Amended Complaint (D.I. 12) against CIF and STMicroelectronics in this action on December 13, 2006; and

WHEREAS, Valeo's First Amended Complaint supersedes the current Motion to Dismiss.

IT IS HEREBY STIPULATED by Valeo and STMicroelectronics, Inc., subject to the approval of the Court, that:

1. STMicroelectronics' current Motion to Dismiss (D.I. 10) is withdrawn as moot;

2. STMicroelectronics shall move, plead, or otherwise respond to the First Amended Complaint in this action on or before January 16, 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| /s/ Karen Jacobs Louden | /s/ Adam W. Poff |
| Jack B. Blumenfeld (No. 1014)<br>Karen Jacobs Louden (No. 2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302)-658-9200<br>jbbefiling@mnat.com | John W. Shaw (No. 3362)<br>Adam W. Poff (No. 3990)<br>Monté T. Squire (No. 4764)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com |
| *Attorneys for Plaintiff Valeo Sistemas Electricos S.A. de C.V.* | *Attorneys for Defendant STMicroelectronics, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge