IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>STMICROELECTRONICS, INC. )<br>)<br>Cross-Claim Defendant. ) | Civil Action No. 06-627 (***) |

**STMICROELECTRONICS, INC.'s MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant STMicroelectronics, Inc. ("STMicroelectronics") respectfully moves this Court to dismiss Plaintiff Valeo Sistemas Electricos S.A. DE C.V.'s First Amended Complaint against STMicroelectronics, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in STMicroelectronics, Inc.'s Opening Brief in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint, filed contemporaneously herewith.

WHEREFORE, defendant STMicroelectronics, Inc. respectfully requests this Court to grant its motion and to enter an order in the form attached hereto.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        John W. Shaw (No. 3362)
        *jshaw@ycst.com*
        Adam W. Poff (No. 3990)
        *apoff@ycst.com*
        Monté T. Squire (No. 4764)
        *msquire@ycst.com*
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600

Dated: January 16, 2007        *Attorneys for Defendant STMicroelectronics, Inc.*

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on January 16, 2007, a true and correct copy of the foreging document was filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record.

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL LLP
> 1201 North Market Street
> Wilmington, DE 19801
>
> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on January 16, 2007, I caused copies of the foregoing document to be served by hand delivery on the above-listed counsel and on the following counsel of record as indicated.

> ### BY FEDERAL EXPRESS
>
> Arthur I. Neustadt
> OBLON, SPIVAK, MCCLELLAND, MAIER
>   & NEUSTADT, P.C.
> 1940 Duke Street
> Alexandria, VA 22314

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Adam W. Poff
> Adam W. Poff (No. 3990)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> *apoff@ycst.com*
>
> Attorneys for STMicroelectronics, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>STMICROELECTRONICS, INC. )<br>)<br>Cross-Claim Defendant. ) | Civil Action No. 06-627-*** |

**ORDER**

At Wilmington this ___ day of _____, 2007, having considered defendant STMicroelectronics, Inc.'s Motion to Dismiss, and the parties' arguments in support of and opposition to the motion,

IT IS HEREBY ORDERED that Defendant STMicroelectronics, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint is GRANTED.

_____
United States District Judge