IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIF LICENSING, LLC, D/B/A GE LICENSING, ) <br> ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> STMICROELECTRONICS, INC., ) <br> ) <br> Cross-Claim Defendant. ) | C.A. No. 06-627-KAJ |

**STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant CIF Licensing, LLC d/b/a GE Licensing shall answer, move, or otherwise respond to the first amended complaint in the above action is extended through and including February 28, 2007.

MORRIS NICHOLS ARSHT & TUNNELL LLP         ASHBY & GEDDES

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (I.D. #1014)
Karen Jacobs Louden (I.D. #2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
302-658-9200

*Attorneys for Plaintiff*

/s/ *Lauren E. Maguire*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
302-654-1888

*Attorneys for Defendant,
CIF Licensing, LLC, d/b/a GE Licensing*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge