IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-627-*** |
| | ) | |
| v. | ) | |
| | ) | |
| CIF LICENSING, LLC, D/B/A GE LICENSING | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STMICROELECTRONICS, INC. | ) | |
| | ) | |
| Cross-Claim Defendant. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by plaintiff Valeo Sistemas Electricos S.A. de C.V. and Defendant STMicroelectronics, Inc., subject to the approval of the Court, that STMicroelectronics's time in which to file its Reply Brief in Support of its Motion to Dismiss Plaintiff's First Amended Complaint (D.I. 18) in this action is hereby extended to February 12, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Monté T. Squire |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Karen Jacobs Louden (No. 2881) | Adam W. Poff (No. 3990) |
| 1201 N. Market Street | Monté T. Squire (No. 4764) |
| P.O. Box 1347 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| (302)-658-9200 | Wilmington, Delaware 19801 |
| klouden@mnat.com | (302) 571-6600 |
| | msquire@ycst.com |
| *Attorneys for Plaintiff Valeo Sistemas Electricos S.A. de C.V.* | *Attorneys for Defendant STMicroelectronics, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2007.

_____
United States District Court Judge

DB02:5763850.1                                                                                                    065770.1001

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on February 2, 2007, a true and correct copy of the foreging document was filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Steven J. Balick, Esquire |
| Karen Jacobs Louden, Esquire | John G. Day, Esquire |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| 1201 North Market Street | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I further certify that on February 2, 2007, I caused copies of the foregoing document to be served by hand delivery on the above-listed counsel and on the following counsel of record as indicated.

BY E-MAIL

Arthur I. Neustadt
OBLON, SPIVAK, MCCLELLAND, MAIER
 & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Monte T. Squire*
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
msquire@ycst.com

Attorneys for STMicroelectronics, Inc.