IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 06-627 (***) |
| CIF LICENSING, LLC, D/B/A GE LICENSING | ) ) ) |
| Defendant, | ) |
| v. | ) ) |
| STMICROELECTRONICS, INC. | ) ) |
| Cross-Claim Defendant. | ) |

**PLAINTIFF'S REQUEST FOR ORAL**
**ARGUMENT PURSUANT TO D. DEL. L.R. 7.1.4**

Pursuant to D. Del. L.R. 7.1.4, Plaintiff Valeo Sistemas Electricos S.A. de C.V. hereby requests oral argument on STMicroelectronics, Inc.'s Motion To Dismiss Plaintiff's First Amended Complaint (the "Motion," D.I. 18) before the judge to whom this case will be assigned.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs Louden*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
  *Attorneys for Plaintiff*
  *Valeo Sistemas Electricos S.A. de C.V.*

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Aarti Shah
Richard T. Matthews
OBLON, SPIVAK, MCCLELLAND,
 MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

February 15, 2007


740827.1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 15, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>Ashby & Geddes
>
>John W. Shaw
>Young, Conaway, Stargatt & Taylor LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Steven J. Balick
>**Ashby & Geddes**
>500 Delaware Avenue, 8th Flr.
>P.O. Box 1150
>Wilmington, DE 19899
>
>John W. Shaw
>Adam W. Poff
>Monté T. Squire
>**Young, Conaway, Stargatt & Taylor LLP**
>The Brandywine Building
>1000 West Street, 17th Flr.
>Wilmington, DE 19801

>*/s/ Karen Jacobs Louden*
>klouden@mnat.com