IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING )<br>)<br>Defendant, )<br>v. )<br>)<br>STMICROELECTRONICS, INC. )<br>)<br>Cross-Claim Defendant. )<br>) | C. A. No. 06-627 (***) |

**VALEO'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT
A SHORT SURREPLY TO STM'S REPLY ON ITS RULE 12(b)(6)
MOTION TO DISMISS VALEO'S FIRST AMENDED COMPLAINT**

Plaintiff Valeo Sistemas Electricos S.A. de C.V. ("Valeo") hereby moves for leave to submit the attached surreply to address a new factual argument raised in the reply brief of cross-claim defendant STMicroelectronics, Inc. ("STM") on its Rule 12(b)(6) motion (D.I. 23). It is STM's position that nothing in its reply brief merits a surreply, but that STM does not want to engage in briefing over a one paragraph surreply. Therefore, STM does not oppose the motion.

2

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ *Karen Jacobs Louden* |
|  | ———————————————— |
|  | Jack B. Blumenfeld (#1014) |
|  | Karen Jacobs Louden (#2881) |
|  | klouden@mnat.com |
| OF COUNSEL: | 1201 N. Market Street |
| Arthur I. Neustadt | P.O. Box 1347 |
| Jean-Paul Lavalleye | Wilmington, DE 19801 |
| Aarti Shah | (302) 658-9200 |
| Richard T. Matthews | *Attorneys for Plaintiff* |
| OBLON, SPIVAK, MCCLELLAND, | *Valeo Sistemas Electricos S.A. de C.V.* |
|   MAIER & NEUSTADT, P.C. |  |
| 1940 Duke Street |  |
| Alexandria, VA  22314 |  |
| (703) 413-3000 |  |

February 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING )<br>)<br>Defendant, )<br>v. )<br>)<br>STMICROELECTRONICS, INC. )<br>)<br>Cross-Claim Defendant. )<br>) | C. A. No. 06-627 (***) |

### ORDER

The Court, having considered Valeo's Unopposed Motion For Leave To Submit A Short Surreply To STM's Reply On Its Rule 12(b)(6) Motion To Dismiss Valeo's First Amended Complaint (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Motion is granted and that the Surreply attached as Exhibit A to the Motion shall be deemed filed as of the date of this Order.

_____
J.

752540.1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>Ashby & Geddes
>
>John W. Shaw
>Young, Conaway, Stargatt & Taylor LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Steven J. Balick
>**Ashby & Geddes**
>500 Delaware Avenue, 8th Flr.
>P.O. Box 1150
>Wilmington, DE 19899
>
>John W. Shaw (#3362)
>Adam W. Poff (#3990)
>Monté T. Squire (#4764)
>**Young, Conaway, Stargatt & Taylor LLP**
>The Brandywine Building
>1000 West Street, 17th Flr.
>Wilmington, DE 19801

>/s/ *Karen Jacobs Louden*
>_____
>klouden@mnat.com

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING )<br>)<br>Defendant, )<br>v. )<br>)<br>STMICROELECTRONICS, INC. )<br>)<br>Cross-Claim Defendant. )<br>) | C. A. No. 06-627 (***) |

**VALEO'S SURREPLY TO STM'S REPLY ON ITS RULE 12(b)(6)**
**MOTION TO DISMISS VALEO'S FIRST AMENDED COMPLAINT**

Plaintiff Valeo Sistemas Electricos S.A. de C.V. ("Valeo") submits this short surreply to address a new factual argument made in STM's reply. Therein STM asserts that (D.I. 23, at 4 n. 2),

> Although not material to this [STM's] motion, it is worth noting that STMicroelectronics did not provide VSE [Valeo] with the voltage regulators in the accused alternators. It provided only the chips to be incorporated into the voltage regulators.

This factual assertion is incorrect. Indeed, STM asserted/admitted in its opening brief (D.I. 19 at 3) that this chip is the "voltage regulator" referred to in Valeo's complaint - "STMicroelectronics manufactures various semiconductor component parts for use in other products, including a semiconductor component part *characterized as a 'voltage regulator'* in VSE's [Valeo's] complaint (the 'Complaint')." (emphasis added).

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Karen Jacobs Louden* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com |
| Arthur I. Neustadt<br>Jean-Paul Lavalleye<br>Aarti Shah<br>Richard T. Matthews<br>OBLON, SPIVAK, MCCLELLAND,<br> MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314<br>(703) 413-3000 | 1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>  *Attorneys for Plaintiff*<br>  *Valeo Sistemas Electricos S.A. de C.V.* |

February 28, 2007

752536.1

2