IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-627-KAJ |
| | ) | |
| CIF LICENSING, LLC, D/B/A GE LICENSING, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STMICROELECTRONICS, INC., | ) | |
| | ) | |
| Cross-Claim Defendant. | ) | |

**STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant CIF Licensing, LLC d/b/a GE Licensing shall answer, move, or otherwise respond to the first amended complaint in the above action is extended through and including March 30, 2007.

MORRIS NICHOLS ARSHT & TUNNELL LLP        ASHBY & GEDDES

*/s/ Karen Jacobs Louden*                                               */s/ Lauren E. Maguire*
Jack B. Blumenfeld (I.D. #1014)                              Steven J. Balick (I.D. #2114)
Karen Jacobs Louden (I.D. #2881)                         John G. Day (I.D. #2403)
1201 North Market Street                                          Lauren E. Maguire (I.D. #4261)
P.O. Box 1347                                                                500 Delaware Avenue, 8th Floor
Wilmington, DE 19899                                               P.O. Box 1150
302-658-9200                                                                 Wilmington, Delaware 19899
                                                                                      302-654-1888

*Attorneys for Plaintiff*

*Attorneys for Defendant,
CIF Licensing, LLC, d/b/a GE Licensing*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge