IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING )<br>)<br>Defendant, )<br>v. )<br>)<br>STMICROELECTRONICS, INC. )<br>)<br>Cross-Claim Defendant. )<br>) | C. A. No. 06-627 (***) |

## ORDER

The Court, having considered Valeo's Unopposed Motion For Leave To Submit A Short Surreply To STM's Reply On Its Rule 12(b)(6) Motion To Dismiss Valeo's First Amended Complaint (the "Motion"),

IT IS HEREBY ORDERED this ___ day of _____, 2007 that the Motion is granted and that the Surreply attached as Exhibit A to the Motion shall be deemed filed as of the date of this Order.

_____
J.

752540.1