IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-627 (***) |
| | ) | |
| | ) | |
| CIF LICENSING, LLC, D/B/A GE LICENSING | ) | |
| | ) | |
| Defendant, | ) | |
| v. | ) | |
| | ) | |
| STMICROELECTRONICS, INC. | ) | |
| | ) | |
| Cross-Claim Defendant. | ) | |
| | ) | |

**VALEO'S SURREPLY TO STM'S REPLY ON ITS RULE 12(b)(6)
MOTION TO DISMISS VALEO'S FIRST AMENDED COMPLAINT**

Plaintiff Valeo Sistemas Electricos S.A. de C.V. ("Valeo") submits this short surreply to address a new factual argument made in STM's reply. Therein STM asserts that (D.I. 23, at 4 n. 2),

> Although not material to this [STM's] motion, it is worth noting that STMicroelectronics did not provide VSE [Valeo] with the voltage regulators in the accused alternators. It provided only the chips to be incorporated into the voltage regulators.

This factual assertion is incorrect. Indeed, STM asserted/admitted in its opening brief (D.I. 19 at 3) that this chip is the "voltage regulator" referred to in Valeo's complaint - "STMicroelectronics manufactures various semiconductor component parts for use in other products, including a semiconductor component part *characterized as a 'voltage regulator'* in VSE's [Valeo's] complaint (the 'Complaint')." (emphasis added).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
  *Attorneys for Plaintiff*
  *Valeo Sistemas Electricos S.A. de C.V.*

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Aarti Shah
Richard T. Matthews
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

February 28, 2007

752536.1