IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V.    ) | |
| )  | |
| Plaintiff,    ) | |
| )  | |
| v.    ) | Civil Action No. 06-627-*** |
| )  | |
| )  | |
| CIF LICENSING, LLC, D/B/A GE LICENSING    ) | |
| )  | |
| Defendant,    ) | |
| v.    ) | |
| )  | |
| STMICROELECTRONICS, INC.    ) | |
| )  | |
| Cross-Claim Defendant.    ) | |
| )  | |

**NOTICE OF DISMISSAL WITH RESPECT TO**
**DEFENDANT CIF LICENSING, LLC, D/B/A GE LICENSING**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Valeo Sistemas Electricos S.A. DE C.V. ("Valeo"), by and through its respective attorneys of record, hereby dismisses with prejudice the present action and all claims for relief set forth therein solely with respect to defendant CIF Licensing, LLC, d/b/a GE Licensing ("GE"). Valeo does not dismiss the present action or any claims for relief against defendant STMicroelectronics, Inc. ("STM") and STM remains a defendant in the present action. Valeo and GE have each agreed to bear their own costs and expenses of all types in connection with this litigation and its dismissal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
  *Attorneys for Plaintiff*
  *Valeo Sistemas Electricos S.A. de C.V.*

*Of Counsel:*

Arthur I. Neustadt
Jean-Paul Lavalleye
Aarti Shah
Richard T. Matthews
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

March 29, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 29, 2007, I electronically filed the

foregoing with the Clerk of the Court using CM/ECF, which will send notification of

such filing(s) to the following:

> Steven J. Balick, Esquire
> Ashby & Geddes
>
> John W. Shaw, Esquire
> Young, Conaway, Stargatt & Taylor LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> Steven J. Balick
> Ashby & Geddes
> 500 Delaware Avenue
> 8th Floor
> Wilmington, DE 19801
>
> John W. Shaw, Esquire
> Adam W. Poff, Esquire
> Monté T. Squire, Esquire
> Young, Conaway, Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street
> 17th Floor
> Wilmington, DE 19801

> */s/Jack B. Blumenfeld*
> Jack B. Blumenfeld (#1014)
> jblumenfeld@mnat.com