IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VALEO SISTEMAS ELECTRICOS :
S.A. de C.V.

   Plaintiff       :

  v.          : Civil Action No. 06-627 GMS

CIF LICENSING LLC     :

   Defendant      :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 19th of March 2008,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Leonard P. Stark shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.

3. Conduct alternate dispute resolution.

*[signature]*
CHIEF UNITED STATES DISTRICT JUDGE

FILED
MAR 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE