IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STMICROELECTRONICS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 06-627-GMS-LPS |

**STIPULATION AND ORDER STAYING DISCOVERY**

WHEREAS, defendant STMicroelectronics, Inc. ("STMicroelectronics") moved to dismiss plaintiff Valeo Sistemas Electricos S.A. de C.V.'s ("Valeo") claims against it on January 16, 2007 (D.I. 18); and

WHEREAS, the parties agree that it would be most efficient to stay discovery in this action pending resolution of STMicroelectronics' motion to dismiss; .

IT IS HEREBY STIPULATED by Valeo and STMicroelectronics, subject to the approval of the Court, that discovery in this action is stayed pending resolution of STMicroelectronics' motion to dismiss.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Adam W. Poff |
| Jack B. Blumenfeld (No. 1014)<br>Karen Jacobs Louden (No. 2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302)-658-9200<br>klouden@mnat.com | John W. Shaw (No. 3362)<br>Adam W. Poff (No. 3990)<br>Michelle Sherretta Budicak (No. 4651)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com |
| *Attorneys for Plaintiff Valeo Sistemas Electricos S.A. de C.V.* | *Attorneys for Defendant STMicroelectronics, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2008.

_____
United States Magistrate Judge