IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. de C.V., | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-627-GMS-LPS |
| STMicroelectronics, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **28th** day of **May, 2008**.

IT IS HEREBY ORDERED that oral argument on defendant's motion to dismiss (D.I. 18) is hereby scheduled for **June 24, 2008 at 2:00 p.m.** in courtroom 2A before the Honorable Leonard P. Stark.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_Leonard P. Stark_
UNITED STATES MAGISTRATE JUDGE