# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681 Fax
klouden@mnat.com

June 2, 2008

**BY E-FILING**

The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    *Valeo Sistemas Electricos v. STMicroelectronics, Inc.*,
            C.A. No. 06-627 (GMS) (LPS)

Dear Magistrate Judge Stark:

      Pursuant to the Court's directions at the May 28, 2008 teleconference, we write to advise that both parties consent to have Your Honor decide defendant's pending motion to dismiss (D.I. 10) (without right of review by Chief Judge Sleet).  At this time, the parties are not in agreement as to whether to have the entire case referred to Your Honor and plan to revisit this matter in the future

                                  Respectfully,

                                  */s/ Karen Jacobs Louden*
                                  Karen Jacobs Louden

/cbh
Adam Poff, Esq. (by email)
Arthur Neustadt, Esq. (by email)

2349048