# UNITED STATES DISTRICT COURT

DISTRICT __Delaware__

| | |
|---|---|
| Valeo Sistemas Electricos S.A. de C.V.<br>　　　Plaintiff<br>　　　　V.<br>STMicroelectronics, Inc.,<br>　　　Defendant | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER DISPOSITIVE MOTIONS DESCRIBED UNDER 28 U.S.C.§636(b)(1)(B)<br><br>CASE NUMBER:　06-627(GMS)(LPS) |

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below. The parties understand that by their consent, there will be no review by a district court judge.

**MOTION(S) with docket index (D.I.) numbers:** STMicroelectronics, Inc.'s Motion To Dismiss Plaintiffs' First Amended Complaint (D.I. 18)

| Party Represented | Signatures | Date |
|---|---|---|
| Valeo Sistemas Electricos S.A. de C.V. | Karen Jacobs Louden | 6/17/08 |
| STMicroelectronics, Inc. | [signature] | 6/17/08 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to Leonard P. Stark, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P.73.

| | |
|---|---|
| Date | United States District Judge |

NOTE:　RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.