# UNITED STATES DISTRICT COURT

DISTRICT _____ Delaware _____

Valeo Sistemas Electricos S.A. de C.V.
    Plaintiff
    V.
STMicroelectronics, Inc.,
    Defendant

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER DISPOSITIVE MOTIONS DESCRIBED UNDER 28 U.S.C.§636(b)(1)(B)

CASE NUMBER: 06-627 (GMS) (LPS)

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below. The parties understand that by their consent, there will be no review by a district court judge.

**MOTION(S) with docket index (D.I.) numbers:** STMicroelectronics, Inc.'s Motion To Dismiss Plaintiffs' First Amended Complaint (D.I. 18)

| Party Represented | Signatures | Date |
|---|---|---|
| Valeo Sistemas Electricos S.A. de C.V. | Karen Jacobs Louden | 6/17/08 |
| STMicroelectronics, Inc. | [signature] | 6/17/08 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to Leonard P. Stark, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P.73.

June 19, 2008
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

FILED
JUN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE