# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

June 25, 2008

The Honorable Leonard P. Stark     *VIA ELECTRONIC FILING*
United States District Court
　For the District of Delaware
844 North King Street
Wilmington, DE 19801

　　　　Re:　*Valeo Sistemas Electricos v. CIF Licensing, LLC, d/b/a GE Licensing*
　　　　　　　C.A. No. 06-627 (GMS) (LPS)

Dear Judge Stark:

　　　　Following up on the discussion yesterday afternoon, I am writing to advise Your Honor that the settlement agreement between Valeo and GE Licensing (CIF) is not public, but is by its terms confidential.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld

JBB/dlb
cc:　Clerk of Court (Via Hand Delivery)
　　　John W. Shaw, Esquire (Via Electronic Mail)
　　　Arthur I. Neustadt, Esquire (Via Electronic Mail)