IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING )<br>)<br>Defendant, )<br>v. )<br>)<br>STMICROELECTRONICS, INC. )<br>)<br>Cross-Claim Defendant. ) | Civil Action No.06-627 (GMS) |

## STIPULATION AND ORDER

WHEREAS the parties are engaged in settlement discussions,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of Valeo Sistemas Electricos S.A. de C.V. to answer, move or otherwise respond to the counterclaim of STMicroelectronics, Inc. (D.I. 43) is hereby extended through and including September 2, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ Adam W. Poff* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Karen Jacobs Louden (#2881) | Adam W. Poff (#3990) |
| 1201 N. Market Street | The Brandywine Building |
| P.O. Box 1347 | 1000 West Street, 17th Flr. |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| klouden@mnat.com | apoffa@ycst.com |
| *Attorneys for Plaintiff*<br>*Valeo Sistemas Electricos S.A. de C.V.* | *Attorneys for Defendant*<br>*STMicroelectronics, Inc.* |

SO ORDERED THIS _____ day of August, 2008.

_____
J.