IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-627-GMS-LPS |
| | ) | |
| STMICROELECTRONICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Del. LR 83.7, PLEASE TAKE NOTICE that Monté T. Squire, Esquire, of the law firm of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19801, hereby withdraws his appearance on behalf of the Defendant. The Defendant continues to be represented by the law firm of Young Conaway Stargatt & Taylor LLP.

                                      YOUNG CONAWAY STARGATT & TAYLOR

                                      John W. Shaw (No. 3362)
                                      Adam W. Poff (No. 3990)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      (302) 571-6600
                                      jshaw@ycst.com

                                      *Attorneys for STMicroelectronics, Inc.*

Dated: August 28, 2008

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire hereby certify that on August 28, 2008, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner
>Potter Anderson & Corroon, LLP
>1313 N. Market St., Hercules Plaza, 6th Flr.
>P.O. Box 951
>Wilmington, DE 19899-0951

I further certify that I caused a copy of the foregoing document to be served by email on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY EMAIL**

Robert Isackson
Rodger A. Sadler
Joseph A. Sherinsky
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

>YOUNG CONAWAY STARGATT & TAYLOR
>
>/s/ John W. Shaw
>John W. Shaw (No. 3362)
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391
>(302) 571-6600
>jshaw@ycst.com
>
>*Attorneys for STMicroelectronics, Inc.*

Dated: August 28, 2008