IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALEO SISTEMAS ELECTRICOS S.A. DE C.V. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-627 (GMS)(LPS) |
| | ) |
| CIF LICENSING, LLC, D/B/A GE LICENSING | ) |
| | ) |
| Defendant, | ) |
| v. | ) |
| | ) |
| STMICROELECTRONICS, INC. | ) |
| | ) |
| Cross-Claim Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of Valeo Sistemas Electricos S.A. de C.V. to answer, move or otherwise respond to the counterclaim of STMicroelectronics, Inc. (D.I. 43) is hereby extended through and including September 5, 2008.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Karen Jacobs Louden* | */s/ John W. Shaw* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Karen Jacobs Louden (#2881) | Adam W. Poff (#3990) |
| 1201 N. Market Street | The Brandywine Building |
| P.O. Box 1347 | 1000 West Street, 17th Flr. |
| Wilmington, DE  19801 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| klouden@mnat.com | jshaw@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Valeo Sistemas Electricos S.A. de C.V.* | *STMicroelectronics, Inc.* |

SO ORDERED THIS _____ day of September, 2008.

_____
U.S.D.J.